IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Marabdito Jasso, Individually, and as Next Friend of Alayza Jasso-Jaimes, Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes, Minor Children <br>     Plaintiffs <br><br> vs. <br><br> Federal Express Corporation, <br>     Defendant | § § § § § § § § § § § § | Civil Action No. 2:21-cv-00344 <br><br> JURY TRIAL DEMANDED |

## Agreed Final Judgment

On this 25th day of May, 2022, came on to be heard the above entitled and numbered cause, when came all parties by and through their respective attorneys of record; and, Ms. Joy S. Berry, who was appointed *guardian ad litem* for the minor Plaintiffs, Alayza Jasso-Jaimes, Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes, and all announced to the Court they had entered into an accord and settlement of this cause, and the consideration of the settlement has been paid in full. **The total amount of the settlement is $10,500.00** of which represents the settlement which satisfies the claims on behalf of minor plaintiffs Alayza Jasso-Jaimes, Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes.

And such agreement having been made known to the Court, the Court proceeded to hear evidence and is of the opinion, from the evidence heard, that such settlement is fair and just to the minor Plaintiffs herein, and in the best interest of the minor Plaintiffs, and should be apportioned as hereinafter provided. It is, therefore,

ORDERED, ADJUDGED and DECREED that such recovery should be apportioned as follows:

From the Judgment against Defendants Federal Express Corporation and Alayza Jasso-Jaimes, Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes of $10,500.00:

> $1,778.92 payable to the US District Court c/o Registry of the Court on behalf of Alayza Jaimes-Jasso.
>
> $1,721.08 payable to The Law Offices of Keith Miller Trust Account.
>
> $1,689.74 payable to the US District Court c/o Registry of the Court on behalf of Zerakdiel Saidt Jasso.
>
> $1,810.26 payable to The Law Offices of Keith Miller Trust Account.
>
> $1,272.11 payable to the US District Court c/o Registry of the Court on behalf of Anahi Jaimes-Jasso.
>
> $2,227.89 payable to The Law Offices of Keith Miller Trust Account.
>
> Alayza Jaimes-Jasso Date of Birth is:     09/21/2015
>
> Zerakdiel Saitd Jasso Date of Birth is:   03/11/2021
>
> Anahi Jaimes-Jasso Date of Birth is:     11/08/2013

It is further ORDERED, ADJUGDED and DECREED that Ms. Joy S. Berry, as *guardian ad litem* of Alayza Jasso-Jaimes, Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes will recover $4,000.00 as reasonable and necessary attorney's fees.

It is further DECREED that the costs of court are taxed against the parties incurring same.

It is ORDERED that no execution shall ever issue hereon.

SIGNED this _____ day of _____, 2022.

                                                           _____

                                                           JUDGE PRESIDING

APPROVED:

ERSKINE & MCMAHON, LLP

By:  /S/ Blake C. Erskine
Blake C. Erskine
State Bar No. 06649000
blakee@erskine-mcmahon.com
Chad F. Newman
State Bar No. 24067796
chadn@erskine-mcmahon.com
P.O. Box 3485
Longview, Texas 75606
Phone: 903-757-8435
Fax: 903-757-9429

-AND-

THE LAW OFFICES OF KEITH MILLER
Keith Miller
State Bar No. 14093750
keith@5974090.net
100 E. Ferguson, Suite 101
Tyler, Texas 75702
Phone: 903-597-4090
Fax: 903-597-3692
*Attorneys for Plaintiff*

HARTLINE BARGER, LLP

By: _____
Peter C. Blomquist
State Bar No. 00794921
Federal Bar No. 20002
pblomquist@hartlinebarger.com
Daniel R. Erwin
State Bar No. 24059724
Federal Bar No. 931756
derwin@hartlinebarger.com
1980 Post Oak Blvd. Ste.1800
Houston, Texas 77056
Phone: 713-759-1990
Fax: 713-652-2419
*Attorneys for Defendants Federal Express Corporation*

BERRY & BERRY, LLP

By: _____
Joy S. Berry
State Bar No. 00795662
joysb@swbell.net
111 W. Austin St.
Marshall, Texas 75670
Phone: 903-938-6044
*Attorney Ad Litem for Alayza Jasso-Jaimes,*
*Zerakdiel Saitd Jasso and Anahi Jasso-Jaimes*